George LANDRETH, Appellant,

v.

Steve DAVIS; David Gorman; Steve Daniel; David Smith, Deputy Sheriff; John Ables, Sheriff, Appellees.

No. 00–2043.

United States Court of Appeals, Eighth Circuit.

Submitted Dec. 21, 2000.

Decided Jan. 19, 2001.

Before BEAM, FAGG, and LOKEN, Circuit Judges.

PER CURIAM.

In this 42 U.S.C. § 1983 action, George Landreth claimed defendants failed to prevent a violent arrestee from assaulting him while Landreth was confined at the Calhoun County Jail, and then failed to provide prompt medical attention for his resulting injuries. The magistrate judge, sitting by consent of the parties, conducted a bench trial and found Landreth did not prove defendants (1) were aware of any risk of harm to Landreth posed by the arrestee, (2) responded unreasonably after Landreth was attacked, or (3) were deliberately indifferent to his later need for medical attention. Landreth appeals. Because the undisputed facts support the ultimate finding of no liability on the part of defendants, we affirm without further discussion. *See* 8th Cir. R. 47B.

A true copy.